UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                                             )
IN RE YASMIN AND YAZ (DROSPIRENONE))   3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND          )
PRODUCTS LIABILITY LITIGATION           )         MDL No. 2100
_____  )
                                                             )                ORDER

This Document Relates to:

Reynolds v. Bayer Corporation et al. No. 3:10-cv013483

McNeil v. Bayer Corporation et al. No. 3:10-cv-13484

ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Plaintiffs' motions for refund of fees paid electronically pursuant to Administrative Order 116, for refund of duplicate filing fee (Reynolds, Doc. 5; McNeil Doc. 6). Plaintiffs in the above captioned cases filed complaints on November 23, 2010. Counsel for Plaintiffs paid the $350.00 filing fee at that time (Reynolds, receipt number 0754-1271052; McNeil receipt number 0754-1271070). Thereafter, both complaints were stricken due to a clerical error (Reynolds, Doc. 3; McNeil Doc. 3). Plaintiffs filed corrected complaints on November 24, 2010 and paid a duplicate filing fee (Reynolds, receipt number 0754-1272139; McNeil receipt number 0754-1272148). Upon consideration of Plaintiffs' motions, the Court **ORDERS** as follows:

Plaintiffs' motions for refund of duplicate filing fees are **GRANTED**.

Accordingly, the Clerk is instructed to refund each movant for the duplicate charge in the amount of $350.00.

SO ORDERED:

SO ORDERED:

David R. Herndon
2010.12.10
06:41:10
-06'00'

**Chief Judge**  
**United States District**

Date: December 10, 2010